UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
:
LORI MILLER,                                                  :
                                                              :    **ORDER REGULATING**
                              Plaintiffs,                     :    **PROCEEDINGS**
                                                              :
      -against-                                               :    25 Civ. 2517 (AKH)
                                                              :
CAMERON COLVIN ET AL,                                         :
                                                              :
                              Defendants.                     :
                                                              :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Defendants, having indicated their intent to move for dismissal, pursuant to Fed. R. Civ. P. 12(c), the status conference scheduled for September 5, 2025, is hereby canceled.

SO ORDERED.

Dated:  September 4, 2025
        New York, New York

                                                                  /s/ ALVIN K. HELLERSTEIN
                                                                  United States District Judge