UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

LORI MILLER,

               Plaintiff,

-against-

CAMERON COLVIN,
MARIA PANAYIOTA FRANGOS,
CAMCO COMMERCIAL INC.,
RISE ABOVE CREATIVE SOLUTIONS LLC,
CAMCO GALAXY AND TECHNOLOGY
INVESTMENTS, LLC,
RISE ABOVE DEVELOPMENT BA LLC,
RISE ABOVE DEVELOPMENT GYM LLC,
RISE ABOVE DEVELOPMENT INF LLC, and
ASEA SWIM LLC.,

               Defendants.
_____X

Civil Action No: 25-cv-2517

**JUDGMENT**

      This action having been commenced on March 27, 2025 by the filing of the Summons and Complaint, a copy of the Summons and Complaint having been served on the Defendants on April 10, 2025, by personal service. On October 10, 2025 at ECF No: 44, Plaintiff moved to enforce the executed settlement agreement between the parties, and the Court, in its Opinion and Order annexed hereto of April 13, 2026, granted said motion as against certain Defendants CAMERON COLVIN and CAMCO COMMERCIAL INC., it is hereby:

      ORDERED, ADJUDGED AND DECREED that the Plaintiff's application for entry of Judgment against CAMERON COLVIN and CAMCO COMMERCIAL INC. is GRANTED consistent with said Opinion and Order; and it is

      FURTHER ORDERED and ADJUDGED: That the Plaintiff shall have execution for Judgment against said Defendants in the amount of ONE MILLION NINE-HUNDRED and

TWENTY-FIVE THOUSAND DOLLARS ($1,925,000) as a liquidated sum, together

with post-judgment interest as provided by 28 U.S.C. § 1961.


Dated:        New York, New York

              , 2026




              U.S.D.J


2